No. 549. THOMAS KANNELLOS *v.* GREAT NORTHERN RAILWAY COMPANY. Error to the Supreme Court of the State of Minnesota. Motion to dismiss submitted December 1, 1924. Decided December 8, 1924. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of § 237 of the Judicial Code as amended by the Act of September 6, 1916, c. 448 § 2, 39 Stat. 726; *Philadelphia & Reading Coal & Iron Co.* v. *Gilbert,* 245 U. S. 162, 165, 166; *Ireland* v. *Woods,* 246 U. S. 323, 328; *Stadelman* v. *Miner,* 246 U. S. 544, 546; *Chicago Great Western R. R. Co.* v. *Basham,* 249 U. S. 164, 165; *Citizens Bank* v. *Opperman,* 249 U. S. 448, 450; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 6. *Mr. F. G. Dorety,* for defendant in error, in support of the motion to dismiss. *Mr. Frank L. Fawcett,* for plaintiff in error, in opposition thereto.

---

No. 353. UNITED STATES *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. Appeal from the Court of Claims. Argued December 3, 1924. Decided December 8, 1924. *Per Curiam.* Judgment affirmed, upon the authority of *United States* v. *Hvoslef,* 237 U. S. 1. *Mr. S. Duffield Mitchell,* with whom *Mr. Solicitor General Beck, Mr. Assistant Attorney General Lovett* and *Mr. Nelson T. Hartson* were on the brief, for the United States. *Mr. Simon Lyon,* with whom *Mr. R. B. H. Lyon* and *Mr. H. S. Whitman* were on the brief, for appellee.